IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| DAVID GIBSON, | ) | |
| | ) | |
| v. | ) | NO. 1:20-cv-00082 |
| | ) | |
| KILOLO KIJAKAZI, | ) | JUDGE CAMPBELL |
| Commissioner of Social Security, | ) | MAGISTRATE JUDGE HOLMES |
| | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 25) on Plaintiff's Motion for Judgment Based on the Administrative Record (Doc. No. 20). In the Report and Recommendation, the Magistrate Judge recommends that Plaintiff's motion be granted, that the Commissioner's decision be reversed, and that this case be remanded for further administrative proceedings consistent with the Report and Recommendation.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. (Doc. No. 25 at 17.) No objections were filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, Plaintiff's Motion for Judgment Based on the Administrative Record (Doc. No. 20) is **GRANTED** and this case is **REMANDED** to the Commissioner for action consistent with the Report and Recommendation of the Magistrate Judge.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE